IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JERMAINE ALONZO SCOTT | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | NO. 09-1081 |
| RAYMOND J. SOBINA, ET AL. | : | |

**O R D E R**

     **AND NOW**, this __16th__ day of __December__, 2011, upon careful and independent consideration of the above captioned Petition for Writ of Habeas Corpus (ECF No. 1), and after review of the full record including the Report and Recommendation of Magistrate Judge Timothy R. Rice (ECF No. 30), and Petitioner's Objections thereto (ECF No. 31), it is **ORDERED** as follows:

    1.    The Report and Recommendation is **APPROVED** and **ADOPTED.**

    2.    Petitioner's Objections are **OVERRULED**.

    3.    The Petition For Writ Of Habeas Corpus is **DISMISSED**.

    4.    A certificate of appealability should not issue.

**IT IS SO ORDERED.**

                                              **BY THE COURT:**

                                              **R. BARCLAY SURRICK, J.**